UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM MALONE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMANDER IN CHIEF, *et al.*,<br><br>    Defendants. | Civil Action No. 18-1534 (JEB) |

## MEMORANDUM OPINION

*Pro se* Plaintiff William Malone initially filed this action in the Eastern District of Texas, which transferred it here on June 22, 2018. See ECF No. 8. Although the Complaint was essentially indecipherable, the Court permitted Plaintiff another opportunity to file an Amended Complaint that "clearly set forth what his causes of action are and the facts showing how he has been harmed and by whom." Minute Order of July 12, 2018.

In his latest 65-page iteration, see ECF No. 10, Malone attaches a number of documents and alludes to a number of legal theories, but never explains what he is actually suing about. For example, he discusses 1933 governmental actions and mentions "the design of the Roman papacy, spearheaded by the military order of the Society of Jesus, to overthrow the liberties of Private National Citizens of the United States. . . ." Id. at 15. Yet, he mentions no harm to himself or specific relief he is seeking.

Without any harm that he has suffered, he has no standing, and the Court thus is without subject-matter jurisdiction to hear his suit. It will, consequently, issue a simultaneous Order dismissing the case without prejudice.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  August 28, 2018